MAHONING COUNTY BAR ASSOCIATION *v*. JONES.

[Cite as *Mahoning Cty. Bar Assn. v. Jones*, ___ Ohio St.3d ___,

2019-Ohio-3709.]

(No. 2010-1462—Submitted September 12, 2019—Decided September 16, 2019.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, James Sidney Jones, Attorney Registration No. 0064099, last known address in Boardman, Ohio.

{¶ 2} The court coming now to consider its order of August 25, 2011, wherein the court found respondent in contempt of its December 16, 2010 order, revoked the stay of his suspension, and suspended him for failing to pay board costs, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

{¶ 5} For earlier case, see *Mahoning Cty. Bar Assn. v. Jones*, 127 Ohio St.3d 424, 2010-Ohio-6024, 940 N.E.2d 940.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

_____